JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE PHILLIPS, | ) NO. CV 15-6694-CAS (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 7, 2017

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE